EMMA CARUTHERS ET AL. V. THE STATE.

No. 9030.   Delivered Dec. 3, 1924.

Rehearing denied Jan. 16, 1925.

**Theft, a Misdemeanor.**

The appellants, three of them, entered a plea of guilty. There is no statement of facts, nor bills of exception in the record, and the cause is affirmed.

Appeal from the County Court at Law, of Harris County. Tried below before the Honorable Murray B. Jones, Judge.

Appeal from a conviction for theft, a misdemeanor, penalty a fine of $50.00 and fifteen days in the county jail.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The appellants, Emma Caruthers, Mildred Ryan, and May McMillen, were convicted of misdemeanor theft, and each adjudged to pay a fine of fifty dollars and suffer confinement in the county jail for a period of fifteen days.

The appellants entered a plea of guilty. The record is before us without statement of facts or bill of exceptions. We have observed no irregularities in the procedure.

·  The judgment is affirmed.

*Affirmed.*